**Opinion issued November 26, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00152-CV

_____

**DAVID ROBINSON-MORRIS, Appellant**

**V.**

**FREEDOM MORTGAGE CORPORATION, Appellee**

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Case No. 23-CV-1183**

---

## MEMORANDUM OPINION

Appellant's brief was originally due on July 25, 2024. The Court issued a notice on August 14, 2024, advising appellant that the appeal might be dismissed if the brief was not filed within ten days. No brief was filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP.

P. 42.3.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.